**Form 237**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jeffrey L. Spiker** | : | Case No. 12–24840–GLT |
| **Cristi L. Spiker** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| JPMorgan Chase Bank, National Association | : | |
| *Movant,* | : | Related to Claim No. 20 |
| | : | |
| v. | : | |
| Jeffrey L. Spiker, | : | |
| Cristi L. Spiker and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER

        **AND NOW**, this **18th day of November, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *JPMorgan Chase Bank, National Association* at Claim No. 20 in the above–captioned bankruptcy case,

        It is hereby **ORDERED** that *on or before twenty–one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

      (1)   an *AMENDED CHAPTER 13 PLAN;*

      (2)   a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

      (3)   an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self–schedule a hearing on the matter pursuant to the Court's procedures.

        *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 12-24840-GLT
Jeffrey L. Spiker                                               Chapter 13
Cristi L. Spiker
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz            Page 1 of 1              Date Rcvd: Nov 18, 2016
                              Form ID: 237          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2016.
db/jdb         +Jeffrey L. Spiker,   Cristi L. Spiker,   315 Nicholas Drive,   Uniontown, PA 15401-3991
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,   Chase Records Ctr. Attn: Corr. Mail,
                Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    Harley-Davidson Credit Corp ecfmail@mwc-law.com
              Daniel R. White    on behalf of Joint Debtor Cristi L. Spiker dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              Daniel R. White    on behalf of Debtor Jeffrey L. Spiker dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              Keri P. Ebeck    on behalf of Creditor    Sterling Jewelers Inc., dba Kay Jewelers
               kebeck@weltman.com,   jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial
               mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                      TOTAL: 8