File No.: 9459

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Jeffrey L. Spiker, | : | Case No.  12-24840 GLT |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. 146-2 |

## CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtor, certify that on January 13, 2017, I served a copy of the Court's January 13, 2017, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at EQT, Attn: Payroll Manager, 625 Liberty Avenue, Suite 1700, Pittsburgh, PA 15222.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed:  January 13, 2017

                                                ZEBLEY MEHALOV & WHITE, P.C.
                                                BY

                                                /s/ Daniel R. White
                                                    Daniel R. White
                                                    PA I.D. No. 78718
                                                    P.O. Box 2123
                                                    Uniontown, PA 15401
                                                    724-439-9200
                                                    dwhite@Zeblaw.com
                                                    Attorneys for Debtors