IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Jeffrey L. Spiker and Cristi L. Spiker, | : | CASE NO. 12-24840 JAD |
| | : | |
| DEBTORS. | : | Document No. __ |
| | : | |
| | : | Related to Document Nos. 144 and 146 |
| | : | |
| | : | Hearing Date and Time: March 9, 2017 |
| | : | at 9:30 a.m. |

CERTIFICATE OF SERVICE OF DEBTORS' PROPOSED MODIFICATION TO
CONFIRMED PLAN DATED, AMENDED CHAPTER 13 PLAN
DATED JANUARY 12, 2017, AND THE COURT'S JANUARY 13, 2017, ORDER

    I, Daniel R. White, Attorney for Debtors, certify that on January 13, 2017, I served a copy of Debtors' Proposed Modification to Confirmed Plan Dated, Amended Chapter 13 Plan dated January 12, 2017, Proof of Payments and the Court's January 13, 2017, Order Upon Ronda J. Winnecour, Chapter 13 Trustee and upon the interested party listed below:

JPMorgan Chase Bank, N.A
c/o James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Method of service: First class mail, postage prepaid.

    Total number of parties served: 1
    Date executed: January 13, 2017

    ZEBLEY MEHALOV & WHITE, P.C.
    BY

    /s/ Daniel R. White
        Daniel R. White
        PA I.D. No. 78718
        P.O. Box 2123
        Uniontown, PA 15401
        724-439-9200
        dwhite@Zeblaw.com
        Attorney for Debtors