# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

08/10/2017

IN RE:

| | |
|---|---|
| JEFFREY L. SPIKER | Case No.12-24840 GLT |
| CRISTI L. SPIKER | |
| 315 NICHOLAS DRIVE | Chapter 13 |
| UNIONTOWN,  PA  15401 | |
| XXX-XX-1459          Debtor(s) | |

XXX-XX-7337

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee 's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/10/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:22 | ACCOUNT NO.:  1439 |
| | CLAIM:  350.28 | |
| NORFOLK, VA  23541 | COMMENT:  BELK/GE CAP RB | |

---

| | | |
|---|---|---|
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FII** | Trustee Claim Number:2   INT %: 6.00% | CRED DESC:  VEHICLE |
| PO BOX 183853 | Court Claim Number:3-2 | ACCOUNT NO.:  7274 |
| | CLAIM:  1,587.87 | |
| ARLINGTON, TX  76096 | COMMENT:  RS/DOE*SURR/CNF*RATIFIED/CNF*$0/AMD*W/53 | |

---

| | | |
|---|---|---|
| **ANDREW F GORNALL ESQ** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.:  0780 |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  JPMORGAN CHASE/PRAE | |

---

| | | |
|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  VEHICLE |
| PO BOX 12914 | Court Claim Number:5 | ACCOUNT NO.:  8552 |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  524.75/PL-CL FACE*524.75X60+2=LMT*FR ALLY FINANCIAL DOC 155*K=572.44/MO | |

---

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYME |
| 3415 VISION DR | Court Claim Number:20 | ACCOUNT NO.:  0780 |
| OH4-7133 | | |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43219 | COMMENT:  PMT/PL*DKT4PMT-LMT*C20GOVS/CNF*LMP W/DRAWN | |

---

| | | |
|---|---|---|
| **HARLEY DAVIDSON CREDIT CORP*** | Trustee Claim Number:6   INT %: 6.00% | CRED DESC:  VEHICLE |
| BOX 15129 | Court Claim Number:2 | ACCOUNT NO.:  6595 |
| | CLAIM:  11,773.79 | |
| PALATINE, IL  60055-5129 | COMMENT:  $CL-PL@6%MDF/PL | |

---

| | | |
|---|---|---|
| **STERLING INC DBA KAY JEWELERS** | Trustee Claim Number:7   INT %: 10.00% | CRED DESC:  SECURED CREDITOR |
| C/O WELTMAN WEINBERG & REIS | Court Claim Number:4 | ACCOUNT NO.:  8963 |
| POB 93784 | | |
| | CLAIM:  1,534.67 | |
| CLEVELAND, OH  44101-5784 | COMMENT:  $CL-PL@10%MDF/PL*WNTS 10%/FACE*DKT | |

---

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:6 | ACCOUNT NO.:  ...1459/...7337 |
| PO BOX 7317 | | |
| | CLAIM:  648.77 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  $CL-PL | |

---

| | | |
|---|---|---|
| **LAUREL HIGHLANDS SD (S UNION TWP) (EIT)** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| C/O SWRTB - PRE-2012 YRS | Court Claim Number:27 | ACCOUNT NO.:  1459-7337; 2010-11 |
| ONE CENTENNIAL WAY | | |
| | CLAIM:  1,771.28 | |
| SCOTTDALE, PA  15683 | COMMENT:  $CL-PL*FLD AFT BAR*DEFECTIVE*DKT | |

---

| | | |
|---|---|---|
| **SOUTH UNION TOWNSHIP (EIT)** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| C/O SWRTB - DLNQ YRS* | Court Claim Number: | ACCOUNT NO.:  ...1459/...7337: 10-11 |
| ONE CENTENNIAL WAY | | |
| | CLAIM:  0.00 | |
| SCOTTDALE, PA  15683 | COMMENT:  PD @ CID 9*DKT | |

| **ADVANCE ME TODAY++** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 1124-1007 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| NEW YORK, NY 10102 | COMMENT: NT ADR/SCH | |

| **ATLANTIC BROADBAND*** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 24 MAIN ST | Court Claim Number: | ACCOUNT NO.: 1559938476 |
| | CLAIM: 0.00 | |
| BRADFORD, PA 16701-2018 | COMMENT: | |

| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 12914 | Court Claim Number:23 | ACCOUNT NO.: 1187 |
| | CLAIM: 473.34 | |
| NORFOLK, VA 23541 | COMMENT: HSBC*FR CAP ONE*DOC 60 | |

| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 12914 | Court Claim Number:24 | ACCOUNT NO.: 7338 |
| | CLAIM: 371.06 | |
| NORFOLK, VA 23541 | COMMENT: FR CAP ONE*DOC 61 | |

| **CHASE/JPMORGAN CHASE(*)++** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 17055 *CARDMEMBER SRVCS | Court Claim Number: | ACCOUNT NO.: 5438800001550981 |
| ATN BKRPTCY TRSTEE PMT PRCSSNG | | |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19850-7055 | COMMENT: NO$/SCH | |

| **INSOLVE RECOVERY LLC** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O CAPITAL RECOVERY GROUP LLC | Court Claim Number:10 | ACCOUNT NO.: 4117 |
| DEPT 3203 | | |
| PO BOX 123203 | CLAIM: 5,364.98 | |
| DALLAS, TX 75312-3203 | COMMENT: 8538656593 CITIBANK/SCH | |

| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 788 | Court Claim Number:18 | ACCOUNT NO.: 7870 |
| | CLAIM: 500.05 | |
| KIRKLAND, WA 98083-0788 | COMMENT: FASHION BUG | |

| **FAYETTE ANESTHESIA PROV++** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 931571 | Court Claim Number: | ACCOUNT NO.: 46839 |
| | CLAIM: 0.00 | |
| CLEVELAND, OH 44193 | COMMENT: NT ADR/SCH | |

| **INSOLVE RECOVERY LLC** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O CAPITAL RECOVERY GROUP LLC | Court Claim Number:15 | ACCOUNT NO.: 9200 |
| DEPT 3203 | | |
| PO BOX 123203 | CLAIM: 1,185.85 | |
| DALLAS, TX 75312-3203 | COMMENT: NT/SCH*FIRST PREMIER | |

| **FNB CDC** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 45 W MAIN ST | Court Claim Number: | ACCOUNT NO.: 50811901 |
| PO BOX 2045 | | |
| | CLAIM: 0.00 | |
| UNIONTOWN, PA 15401 | COMMENT: | |

| FNB CDC | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 45 W MAIN ST | Court Claim Number: | ACCOUNT NO.: 70002701 |
| PO BOX 2045 | | |
| | CLAIM: 0.00 | |
| UNIONTOWN, PA 15401 | COMMENT: | |

| FNB CDC | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 45 W MAIN ST | Court Claim Number: | ACCOUNT NO.: ? |
| PO BOX 2045 | | |
| | CLAIM: 0.00 | |
| UNIONTOWN, PA 15401 | COMMENT: | |

| HOLLYWOOD ENTERTAINMENT++ | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 6000 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| WILSONVILLE, OR 97070 | COMMENT: NT ADR/SCH | |

| INSOLVE RECOVERY LLC | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O CAPITAL RECOVERY GROUP LLC | Court Claim Number:12 | ACCOUNT NO.: 2788 |
| DEPT 3203 | | |
| PO BOX 123203 | CLAIM: 802.15 | |
| DALLAS, TX 75312-3203 | COMMENT: 8533055933 HSBC*ORCHARD | |

| KAISER DENTAL | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 102 BUTE RD | Court Claim Number: | ACCOUNT NO.: 10426 |
| | CLAIM: 0.00 | |
| UNIONTOWN, PA 15401 | COMMENT: | |

| WORLD FNCL NETWORK NATL BANK/ | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| LANE BRYANT | Court Claim Number: | ACCOUNT NO.: 697800501883 |
| POB 182124 | | |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43218-2124 | COMMENT: NT ADR/SCH | |

| QUANTUM3 GROUP LLC AGNT - COMENITY BAN | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 788 | Court Claim Number:7 | ACCOUNT NO.: 0699 |
| | CLAIM: 379.36 | |
| KIRKLAND, WA 98083-0788 | COMMENT: NO$/SCH*LANE BRYANT*DISPUTED | |

| WORLD FNCL NETWORK NATL BANK/ | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| LANE BRYANT | Court Claim Number: | ACCOUNT NO.: 697800501745 |
| POB 182124 | | |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43218-2124 | COMMENT: NT ADR/SCH | |

| QUANTUM3 GROUP LLC AGNT - COMENITY BAN | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 788 | Court Claim Number:17 | ACCOUNT NO.: 5597 |
| | CLAIM: 337.03 | |
| KIRKLAND, WA 98083-0788 | COMMENT: WFNNB~LANE BRYANT~NO$/SCH*DISPUTED | |

| MORGANTOWN ENDODONTICS | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 2401 CRANBERRY SQUARE | Court Claim Number: | ACCOUNT NO.: 208913701 |
| | CLAIM: 0.00 | |
| MORGANTOWN, WV 26508 | COMMENT: | |

| | | |
|---|---|---|
| **INSOLVE RECOVERY LLC** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O CAPITAL RECOVERY GROUP LLC | Court Claim Number:11 | ACCOUNT NO.: 7081 |
| DEPT 3203 | | |
| PO BOX 123203 | CLAIM: 717.08 | |
| DALLAS, TX 75312-3203 | COMMENT: ORCHARD/HSBC | |

| | | |
|---|---|---|
| **REDSTONE REHAB GROUP** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 113 THORNTON RD | Court Claim Number: | ACCOUNT NO.: 236020101 |
| | CLAIM: 0.00 | |
| BROWNSVILLE, PA 15417 | COMMENT: | |

| | | |
|---|---|---|
| **JUSTIN SHEBA DO PC** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 150 WAYLAND SMITH DR STE A | Court Claim Number: | ACCOUNT NO.: 236020102 |
| | CLAIM: 0.00 | |
| UNIONTOWN, PA 15401 | COMMENT: | |

| | | |
|---|---|---|
| **SMITH CHIROPRACTIC CLINIC** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 645 MORGANTOWN ST | Court Claim Number: | ACCOUNT NO.: 230942701 |
| | CLAIM: 0.00 | |
| UNIONTOWN, PA 15401 | COMMENT: | |

| | | |
|---|---|---|
| **SPRINGLEAF FINANCIAL SERVICES INC(*)** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 3251 | Court Claim Number:8 | ACCOUNT NO.: 3216 |
| | CLAIM: 5,272.80 | |
| EVANSVILLE, IN 47731-3251 | COMMENT: | |

| | | |
|---|---|---|
| **CAVALRY PORTFOLIO SERVICES LLC - ASSIGN** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 27288 | Court Claim Number:1 | ACCOUNT NO.: 1472 |
| | CLAIM: 887.11 | |
| TEMPE, AZ 85282 | COMMENT: SPRINT | |

| | | |
|---|---|---|
| **CENTER FOR EMERGENCY MEDICINE** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 223016 | Court Claim Number:14 | ACCOUNT NO.: 1979 |
| | CLAIM: 390.69 | |
| PITTSBURGH, PA 15251-2016 | COMMENT: PAT 114076 STAT MEDEVAC/SCH | |

| | | |
|---|---|---|
| **ECAST SETTLEMENT CORP** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 29262 | Court Claim Number:13 | ACCOUNT NO.: 3990 |
| | CLAIM: 366.66 | |
| NEW YORK, NY 10087-9262 | COMMENT: FR TARGET NATL BANK*DOC 57 | |

| | | |
|---|---|---|
| **UNIONTOWN HOSPITAL** | Trustee Claim Number:39 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 500 W BERKELEY ST | Court Claim Number: | ACCOUNT NO.: 1001317557 |
| | CLAIM: 0.00 | |
| UNIONTOWN, PA 15401 | COMMENT: | |

| | | |
|---|---|---|
| **UNITED CASH LOANS** | Trustee Claim Number:40 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 3531 P ST NW | Court Claim Number: | ACCOUNT NO.: 1987451781 |
| POB 111 | | |
| | CLAIM: 0.00 | |
| MIAMI, OK 74355 | COMMENT: | |

| | | |
|---|---|---|
| **UNITED CASH LOANS** | Trustee Claim Number:41 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 3531 P ST NW | Court Claim Number: | ACCOUNT NO.: 1984503048 |
| POB 111 | | |
| | CLAIM: 0.00 | |
| MIAMI, OK 74355 | COMMENT: | |

| | | |
|---|---|---|
| **UPMC PHYSICIAN SERVICES++** | Trustee Claim Number:42 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O UPMC TREASURY DEPT | Court Claim Number: | ACCOUNT NO.: ? |
| US STEEL TOWER - MS UST 01-41-02 | | |
| 600 GRANT ST 41ST FL | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: | |

| | | |
|---|---|---|
| **US DEPARTMENT OF EDUCATION**** | Trustee Claim Number:43 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O NATIONAL PAYMENT CENTER* | Court Claim Number:26 | ACCOUNT NO.: 1224840 |
| POB 105028 | | |
| | CLAIM: 5,225.49 | |
| ATLANTA, GA 30348-5028 | COMMENT: GU BAR OK | |

| | | |
|---|---|---|
| **PALISADES ACQUISITION IX LLC** | Trustee Claim Number:44 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O VATIV RECOVERY SOLUTIONS LLC* | Court Claim Number:16 | ACCOUNT NO.: 9955 |
| PO BOX 40728 | | |
| | CLAIM: 933.28 | |
| HOUSTON, TX 77240-0728 | COMMENT: VERIZON PA | |

| | | |
|---|---|---|
| **VERIZON WIRELESS**++** | Trustee Claim Number:45 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| BANKRUPTCY ADMINISTRATION | Court Claim Number: | ACCOUNT NO.: 2038006785 |
| PO BOX 3397 | | |
| | CLAIM: 0.00 | |
| BLOOMINGTON, IL 61702 | COMMENT: | |

| | | |
|---|---|---|
| **VERIZON WIRELESS**++** | Trustee Claim Number:46 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| BANKRUPTCY ADMINISTRATION | Court Claim Number: | ACCOUNT NO.: 2038096265 |
| PO BOX 3397 | | |
| | CLAIM: 0.00 | |
| BLOOMINGTON, IL 61702 | COMMENT: | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:47 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:6 | ACCOUNT NO.: 7337 |
| PO BOX 7317 | | |
| | CLAIM: 22.47 | |
| PHILADELPHIA, PA 19101-7317 | COMMENT: NO GEN UNS/SCH | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:48 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:9 | ACCOUNT NO.: 9840 |
| | | |
| | CLAIM: 3,992.89 | |
| CHICAGO, IL 60677-2813 | COMMENT: NT/SCH*DISCOVER/DYNAMIC REC SOL | |

| | | |
|---|---|---|
| **PREMIER BANKCARD/CHARTER** | Trustee Claim Number:49 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O CSI | Court Claim Number:19 | ACCOUNT NO.: 0542 |
| POB 2208 | | |
| | CLAIM: 855.29 | |
| VACAVILLE, CA 95696 | COMMENT: | |

| | | |
|---|---|---|
| **COLLECTO US ASSET MGMT** | Trustee Claim Number:50 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JEFFERSON CAPITAL SYSTEMS LLC* | Court Claim Number:21 | ACCOUNT NO.: 6070 |
| PO BOX 772813 | | |
| | CLAIM: 951.25 | |
| CHICAGO, IL 60677-2813 | COMMENT: NT/SCH*AT&T MOBILITY | |

**LVNV FUNDING LLC, ASSIGNEE** Trustee Claim Number:51  INT %:  0.00%  CRED DESC:  UNSECURED CREDITOR
C/O RESURGENT CAPITAL SVCS  Court Claim Number:25  ACCOUNT NO.:  2402
POB 10587

CLAIM:  675.73
GREENVILLE, SC  29603-0587  COMMENT:  NT/SCH*CAPITAL ONE/NORTH STAR CAP ACQ

**PRA RECEIVABLES MANAGEMENT LLC - AGNT** Trustee Claim Number:52  INT %:  0.00%  CRED DESC:  VEHICLE
PO BOX 12914  Court Claim Number:5  ACCOUNT NO.:  8552

CLAIM:  1,044.40
NORFOLK, VA  23541  COMMENT:  $CL-PL*ARRS*FR ALLY FINANCIAL DOC 155

**AMERICREDIT FINANCIAL SVCS INC DBA GM FI** Trustee Claim Number:53  INT %:  0.00%  CRED DESC:  UNSECURED CREDITOR
PO BOX 183853  Court Claim Number:3-2  ACCOUNT NO.:  7274

CLAIM:  12,911.14
ARLINGTON, TX  76096  COMMENT:  AMD*DFNCY*W/2

**JPMORGAN CHASE BANK NA** Trustee Claim Number:54  INT %:  0.00%  CRED DESC:  MORTGAGE ARR.
3415 VISION DR  Court Claim Number:20  ACCOUNT NO.:  0780
OH4-7133

CLAIM:  6,862.91
COLUMBUS, OH  43219  COMMENT:  PAY ARR/PL/CNF*$/PL-CL ATCHMNT*LOSS MIT WITHDRAWN*DKT