**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/9/17 3:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  JEFFREY L. SPIKER<br>CRISTI L. SPIKER<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  JEFFREY L. SPIKER<br>CRISTI L. SPIKER<br><br>        Respondents | Case No.12-24840GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 163 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 9th day of October, 2017, it is hereby ORDERED, ADJUDGED, and DECREED that,

Eqt Corp
Attn: Payroll Manager
625 Liberty Ave Ste 1700
Pittsburgh, PA 15222

is hereby ordered to immediately terminate the attachment of the wages of JEFFREY L. SPIKER, social security number XXX-XX-1459. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JEFFREY L. SPIKER.

Dated: October 9, 2017

BY THE COURT:

_____
cgt
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jeffrey L. Spiker
Cristi L. Spiker
       Debtors

Case No. 12-24840-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　User: amaz　　　　Page 1 of 1　　　　Date Rcvd: Oct 10, 2017
　　　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2017.
db/jdb　　　+Jeffrey L. Spiker,　  Cristi L. Spiker,　  315 Nicholas Drive,　  Uniontown, PA 15401-3991

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2017 at the address(es) listed below:
     Andrew F Gornall　　on behalf of Creditor　  JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
      agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
     Ann E. Swartz　　on behalf of Creditor　  Harley-Davidson Credit Corp ecfmail@mwc-law.com
     Daniel R. White　　on behalf of Joint Debtor Cristi L. Spiker dwhite@zeblaw.com,
      gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
     Daniel R. White　　on behalf of Debtor Jeffrey L. Spiker dwhite@zeblaw.com,
      gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
     James Warmbrodt　　on behalf of Creditor　  JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
      bkgroup@kmllawgroup.com
     Keri P. Ebeck　　on behalf of Creditor　  Sterling Jewelers Inc., dba Kay Jewelers
      kebeck@weltman.com, jbluemle@weltman.com
     Office of the United States Trustee　  ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour　  cmecf@chapter13trusteewdpa.com
     William E. Craig　　on behalf of Creditor　  AmeriCredit Financial Services, Inc. dba GM Financial
      ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 9