**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JEFFREY L. SPIKER
CRISTI L. SPIKER
       Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
      Movant
    vs.
No Repondents.

Case No.:12-24840

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 21, 2017

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/28/2012 and confirmed on 1/15/13 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 148,858.18 |
| Less Refunds to Debtor | 4,292.76 | |
| TOTAL AMOUNT OF PLAN FUND | | 144,565.42 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,000.00 | |
|    Trustee Fee | 5,549.68 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,549.68 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 72,612.76 | 0.00 | 72,612.76 |
|     Acct: 0780 | | | | |
|   JPMORGAN CHASE BANK NA | 6,862.91 | 6,862.91 | 0.00 | 6,862.91 |
|     Acct: 0780 | | | | |
|   STERLING INC DBA KAY JEWELERS | 1,534.67 | 1,534.67 | 705.11 | 2,239.78 |
|     Acct: 8963 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 1,587.87 | 1,587.87 | 736.86 | 2,324.73 |
|     Acct: 7274 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 0.00 | 32,009.75 | 0.00 | 32,009.75 |
|     Acct: 8552 | | | | |
|   HARLEY DAVIDSON CREDIT CORP* | 11,773.79 | 11,773.79 | 1,927.70 | 13,701.49 |
|     Acct: 6595 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 1,044.40 | 1,044.40 | 0.00 | 1,044.40 |
|     Acct: 8552 | | | | |
| | | | | 130,795.82 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY L. SPIKER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY L. SPIKER | 1,525.00 | 1,525.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY L. SPIKER | 2,767.76 | 2,767.76 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL R WHITE ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 648.77 | 648.77 | 0.00 | 648.77 |
|     Acct: XXXXXXXXXX7337 | | | | |
|   LAUREL HIGHLANDS SD (S UNION TWP) | 1,771.28 | 1,771.28 | 0.00 | 1,771.28 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: XXXXXXXXXXXXXX0-11 | | | | |
| SOUTH UNION TOWNSHIP (EIT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXX0-11 | | | | |
| | | | | 2,420.05 |
| **Unsecured** | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 350.28 | 14.67 | 0.00 | 14.67 |
| Acct: 1439 | | | | |
| ADVANCE ME TODAY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| ATLANTIC BROADBAND* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX8476 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 473.34 | 19.83 | 0.00 | 19.83 |
| Acct: 1187 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 371.06 | 15.54 | 0.00 | 15.54 |
| Acct: 7338 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX0981 | | | | |
| INSOLVE RECOVERY LLC | 5,364.98 | 224.74 | 0.00 | 224.74 |
| Acct: 4117 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 500.05 | 20.95 | 0.00 | 20.95 |
| Acct: 7870 | | | | |
| FAYETTE ANESTHESIA PROV++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: X6839 | | | | |
| INSOLVE RECOVERY LLC | 1,185.85 | 49.68 | 0.00 | 49.68 |
| Acct: 9200 | | | | |
| FNB CDC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX1901 | | | | |
| FNB CDC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX2701 | | | | |
| FNB CDC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| HOLLYWOOD ENTERTAINMENT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| INSOLVE RECOVERY LLC | 802.15 | 33.60 | 0.00 | 33.60 |
| Acct: 2788 | | | | |
| KAISER DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: X0426 | | | | |
| WORLD FNCL NETWORK NATL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX1883 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 379.36 | 15.89 | 0.00 | 15.89 |
| Acct: 0699 | | | | |
| WORLD FNCL NETWORK NATL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX1745 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 337.03 | 14.12 | 0.00 | 14.12 |
| Acct: 5597 | | | | |
| MORGANTOWN ENDODONTICS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX3701 | | | | |
| INSOLVE RECOVERY LLC | 717.08 | 30.04 | 0.00 | 30.04 |
| Acct: 7081 | | | | |
| REDSTONE REHAB GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX0101 | | | | |
| JUSTIN SHEBA DO PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX0102 | | | | |
| SMITH CHIROPRACTIC CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX2701 | | | | |
| SPRINGLEAF FINANCIAL SERVICES INC( | 5,272.80 | 220.88 | 0.00 | 220.88 |
| Acct: 3216 | | | | |
| CAVALRY PORTFOLIO SERVICES LLC - A | 887.11 | 37.16 | 0.00 | 37.16 |
| Acct: 1472 | | | | |

12-24840                                                                                          Page 3 of 3

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     CENTER FOR EMERGENCY MEDICINE | 390.69 | 16.37 | 0.00 | 16.37 |
|       Acct: 1979 | | | | |
|     ECAST SETTLEMENT CORP | 366.66 | 15.36 | 0.00 | 15.36 |
|       Acct: 3990 | | | | |
|     UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: XXXXXX7557 | | | | |
|     UNITED CASH LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: XXXXXX1781 | | | | |
|     UNITED CASH LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: XXXXXX3048 | | | | |
|     UPMC PHYSICIAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: ? | | | | |
|     US DEPARTMENT OF EDUCATION** | 5,225.49 | 218.90 | 0.00 | 218.90 |
|       Acct: 1459 | | | | |
|     PALISADES ACQUISITION IX LLC | 933.28 | 39.10 | 0.00 | 39.10 |
|       Acct: 9955 | | | | |
|     VERIZON WIRELESS**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: XXXXXX6785 | | | | |
|     VERIZON WIRELESS**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: XXXXXX6265 | | | | |
|     INTERNAL REVENUE SERVICE* | 22.47 | 0.94 | 0.00 | 0.94 |
|       Acct: 7337 | | | | |
|     JEFFERSON CAPITAL SYSTEMS LLC* | 3,992.89 | 167.26 | 0.00 | 167.26 |
|       Acct: 9840 | | | | |
|     PREMIER BANKCARD/CHARTER | 855.29 | 35.83 | 0.00 | 35.83 |
|       Acct: 0542 | | | | |
|     COLLECTO US ASSET MGMT | 951.25 | 39.85 | 0.00 | 39.85 |
|       Acct: 6070 | | | | |
|     LVNV FUNDING LLC, ASSIGNEE | 675.73 | 28.31 | 0.00 | 28.31 |
|       Acct: 2402 | | | | |
|     AMERICREDIT FINANCIAL SVCS INC DBA | 12,911.14 | 540.85 | 0.00 | 540.85 |
|       Acct: 7274 | | | | |
|     ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 0780 | | | | |
| | | | | 1,799.87 |

TOTAL PAID TO CREDITORS                                                                    135,015.74

TOTAL
CLAIMED          2,420.05
PRIORITY        22,803.64
SECURED         42,965.98


Date: 11/21/2017                                  /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JEFFREY L. SPIKER
    CRISTI L. SPIKER
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:12-24840

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                               BY THE COURT:

                                               U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-24840-GLT
Jeffrey L. Spiker                                                         Chapter 13
Cristi L. Spiker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel           Page 1 of 3            Date Rcvd: Nov 27, 2017
                              Form ID: pdf900      Total Noticed: 78

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
```
db/jdb        +Jeffrey L. Spiker,    Cristi L. Spiker,    315 Nicholas Drive,    Uniontown, PA 15401-3991
cr             AmeriCredit Financial Services, Inc. dba GM Financ,    P.O. Box 99605,
               Arlington, TX 76096-9605
cr            +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Chase Records Ctr. Attn: Corr. Mail,
               Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13488054     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:   Americredit Financial Services, Inc.,    PO Box 183853,
               Arlington TX 76096)
13480069       Advance Me Today,    P.O. Box 1823,    Pauls Avenue,    Kingstown, St. Vincent 1823
13480070      +Advancemetoday.com,    P.O. Box 1124-1007,    New York, NY 10102-0001
13480073       Atlantic Broadband,    120 Southmont Boulevard,    Johnstown, PA 15905-4291
13480077     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:   Capital One,    c/o TSYS Total Debt Management,    P.O. Box 5155,
               Norcross, GA 30091)
13554571      +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13480079       Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
13480080      +Chase Manhattan Mortgage,    Attn; Bankruptcy Dept.,    3415 Vision Dr. Mail Code: Oh4-7133,
               Columbus, OH 43219-6009
13480081      +Citi Card,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
13480082      +Credit Collections, USA,    16 Distributor Drive--Suite 1,    Morgantown, WV 26501-0121
13480083       Credit Protection Association,    P.O. Box 802068,    Dallas, TX 75380-2068
13480088      +FNB Consumer Discount Company,    45 West Main Street,    P.O. Box 2045,
               Uniontown, PA 15401-1645
13495331      +FNB Consumer Discount Company/Reese’s,    45 West Main Street,    P.O. Box 2045,
               Uniontown, PA 15401-1645
13480084       Fashion Bug,    WFNNB Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
13480085      +Fayette Anesthesia Providers,    P.O. Box 464,    Rutherford, NJ 07070-0471
13480086     #+First National Collection Bureau, Inc.,    610 Waltham Way,    Sparks, NV 89434-6695
13480087       First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
13480089      +GM Financial,    Bankruptcy Department,    P.O. Box 183853,    Arlington, TX 76096-3853
13480092      +HSBC Card Services,    Attn:  Bankruptcy,    P.O. Box 5213,    Carol Stream, IL 60197-5213
13485047      +Harley-Davidson Credit Corp.,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
13480091       Hollywood Entertainment Corporation,    P.O. Box 6789,    Wilsonville, OR 97070
13523954      +JPMorgan Chase,    c/o Jamie Dimon, CEO,    270 Park Ave,    New York, NY 10017-2014
13551016      +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009
13480106      +Justin J. Sheba, D.O.,    150 Wayland Smith Drive--Suite A,    Uniontown, PA 15401-2677
13480094      +Kaiser Dental,    102 Bute Road,    Uniontown, PA 15401-5544
13480095      +Kay Jewelers,    P.O. Box 3680,    Akron, OH 44309-3680
13480096       Lane Bryant,    WFNNB Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
13480097      +Laurel Highlands SD c/o SWRTB,    One Centennial Way,    Scottdale, PA 15683-1741
13480100      +Morgantown Endodontics,    2401 Cranberry Square,    Morgantown, WV 26508-9209
13480102       Orchard Bank,    HSBC Card Services,    P.O. Box 81622,    Salinas, CA 93912-1622
13480103       Palisades Acquisition, LLC,    P.O. Box 105507,    Atlanta, GA 30348-5507
13480104      +Penn Credit Corporation,    916 S 14th Place,    P.O. Box 988,    Harrisburg, PA 17108-0988
13480111       STAT MedEvac,    P.O. Box 223016,    Pittsburgh, PA 15251-2016
13480107       Smith Chiropractic Clinic,    645 Morgantown Street,    Uniontown, PA 15401
13480108      +South Union Township c/o SWRTB,    One Centennial Way,    Scottdale, PA 15683-1741
13495332      +Sterling Jewelers, Inc.,    d/b/a Kay Jewelers,    P.O. Box 93784,    Cleveland, OH 44101-5784
13480112      +Target National Bank,    c/o Target Credit Services,    P.O. Box 1581,
               Minneapolis, MN 55440-1581
13594264       US Department of Education,    P O Box 16448,    Saint Paul MN 55116-0448
13480116       US Department of Education,    P.O. Box 5609,    Greenville, TX 75403-5609
13480113       Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
13480114     #+United Cash Loans,    3531 P Street NW,    P.O. Box 111,    Miami, OK 74355-0111
13480117      +Verizon,    Attn: Bankruptcy,    3900 Washington Street,    Wilmington, DE 19802-2125
13480118       Verizon Wireless Bankruptcy Admin.,    P.O. Box 3397,    Bloomington, IL 61702-3397
13480119      +West Bay Acquisitions, LLC,    P.O. Box 8009,    Cranston, RI 02920-0009
13586825       eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/PDF: rmscedi@recoverycorp.com Nov 28 2017 00:58:35
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL  33131-1605
13480071      +E-mail/Text: EBNProcessing@afni.com Nov 28 2017 01:00:33     AFNI,    Attn: Bankruptcy,
               P.O. Box 3097,    Bloomington, IL 61702-3097
13480072       E-mail/Text: ally@ebn.phinsolutions.com Nov 28 2017 00:59:45     Ally Financial,
               P.O. Box 130424,    Roseville, MN 55113-0004
13499008      +E-mail/Text: ally@ebn.phinsolutions.com Nov 28 2017 00:59:45     Ally Financial,
               c/o Ally Servicing LLC,    P.O. Box 130424,    Roseville, MN 55113-0004
13480074      +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2017 00:58:29      Belk/GEMB,    P.O. Box 960012,
               Orlando, FL 32896-0012
13480078      +E-mail/Text: bankruptcynotices@cbecompanies.com Nov 28 2017 01:00:48      CBE Group, Inc.,
               1309 Technology Parkway,    Cedar Falls, IA 50613-6976
```

```
District/off: 0315-2                  User: jhel                   Page 2 of 3                   Date Rcvd: Nov 27, 2017
                                      Form ID: pdf900              Total Noticed: 78

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13551181        +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 28 2017 01:00:41
                 COLLECTO US ASSET MANAGEMNT, INC.,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-7999
13480075        +E-mail/Text: bankruptcy@cavps.com Nov 28 2017 01:00:46      Calvary Portfolio Services,
                 Attention:   Bankruptcy Department,    500 Summit Lake Drive,    Valhalla, NY 10595-1340
13480076        +E-mail/Text: cms-bk@cms-collect.com Nov 28 2017 00:59:57      Capital Management Services, LP,
                 700 Executive Center Drive, Suite 300,     Greenville, SC 29615-4555
13480090         E-mail/Text: bankruptcy.notices@hdfsi.com Nov 28 2017 01:01:00
                 Harley-Davidson Financial Services,    P.O. Box 22048,    Carson City, NV 89721-2048
13516925         E-mail/Text: bknotice@crgofusa.com Nov 28 2017 01:00:53
                 InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,    PO BOX 123203,
                 DALLAS, TX 75312-3203
13480093         E-mail/Text: cio.bncmail@irs.gov Nov 28 2017 00:59:55      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
13516594         E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 28 2017 01:00:42      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13480098        +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2017 00:58:14      LVNV Funding,
                 P.O. Box 740281,    Houston, TX 77274-0281
13561332         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2017 01:03:55
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13480099        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 28 2017 01:00:21      Midland Funding,
                 8875 Aero Drive--Suite 200,    San Diego, CA 92123-2255
13480101        +E-mail/Text: egssupportservices@alorica.com Nov 28 2017 01:00:35
                 NCO Financial Systems, Inc.,    P.O. Box 17218,    Department 64,    Wilmington, DE 19850-7218
14658281         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2017 01:03:57
                 Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
13551485         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2017 01:17:07
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13624116        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2017 01:03:58
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13529430         E-mail/Text: ebn@vativrecovery.com Nov 28 2017 00:59:57      Palisades Acquisition IX  LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX LL,
                 PO Box 40728,    Houston, TX  77240-0728
13533366        +E-mail/Text: csidl@sbcglobal.net Nov 28 2017 01:00:52      Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
13510525         E-mail/Text: bnc-quantum@quantum3group.com Nov 28 2017 01:00:04
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13486213         E-mail/PDF: rmscedi@recoverycorp.com Nov 28 2017 00:58:35
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13480109         E-mail/PDF: cbp@onemainfinancial.com Nov 28 2017 00:58:01      Springleaf Financial Services,
                 219 Walmart Drive--Suite C,    Uniontown, PA 15401-8423
13480110         E-mail/Text: appebnmailbox@sprint.com Nov 28 2017 01:00:20      Sprint,   P.O. Box 105243,
                 Atlanta, GA 30348-5243
13493445        +E-mail/Text: BKRMailOps@weltman.com Nov 28 2017 01:00:32      Sterling Inc. dba Kay Jewelers,
                 c/o Weltman, Weinberg & Reis, Co., LPA,    P.O. Box 93784,    Cleveland, OH 44101-5784
13495333        +E-mail/Text: BKRMailOPS@weltman.com Nov 28 2017 01:00:00      Sterling Jewelers, Inc.,
                 d/b/a Kay Jewelers,    Weltman, Weinberg & Reis,    323 West Lakeside Avenue--Suite 200,
                 Cleveland, OH 44113-1085
13519856         E-mail/Text: bncmail@w-legal.com Nov 28 2017 01:00:33      TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13480115        +E-mail/Text: BankruptcyNotice@upmc.edu Nov 28 2017 01:01:00      UPMC Physician Services,
                 1650 Metropolitan Street,    Third Floor--Customer Service,    Pittsburgh, PA 15233-2213
13480114        +E-mail/Text: hbrandon@mn-e.com Nov 28 2017 01:01:30      United Cash Loans,    3531 P Street NW,
                 P.O. Box 111,    Miami, OK 74355-0111
                                                                                               TOTAL: 31

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley-Davidson Credit Corp
cr              Sterling Jewelers Inc., dba Kay Jewelers
cr*            ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,    PO Box 183853,
                 Arlington, TX  76096)
cr*             +PRA  Receivables Management LLC,   POB 41067,    Norfolk, VA 23541-1067
cr*             +PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13495330*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services, Inc.,   d/b/a GM Financial,
                 P.O. Box 183853,    Arlington, TX  76096)
13480105       ##+Redstone Rehabilitation Group,    113 Thornton Road,    Brownsville, PA 15417-9607
                                                                                 TOTALS: 2, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: jhel              Page 3 of 3           Date Rcvd: Nov 27, 2017
                              Form ID: pdf900         Total Noticed: 78
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    Harley-Davidson Credit Corp ecfmail@mwc-law.com
              Daniel R. White    on behalf of Joint Debtor Cristi L. Spiker dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor Jeffrey L. Spiker dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Sterling Jewelers Inc., dba Kay Jewelers
               kebeck@weltman.com,  jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9
```