**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/5/18 11:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JEFFREY L. SPIKER
CRISTI L. SPIKER
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:12-24840

Chapter 13

Related to Docket No. 168

**ORDER OF COURT**

AND NOW, this __5th Day of February, 2018__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

**ENTERED BY DEFAULT**

```
                       United States Bankruptcy Court
                       Western District of Pennsylvania
In re:                                                      Case No. 12-24840-GLT
Jeffrey L. Spiker                                           Chapter 13
Cristi L. Spiker
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2         User: amaz                   Page 1 of 3                   Date Rcvd: Feb 05, 2018
                             Form ID: pdf900              Total Noticed: 78


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2018.
db/jdb        +Jeffrey L. Spiker,    Cristi L. Spiker,    315 Nicholas Drive,    Uniontown, PA 15401-3991
cr             AmeriCredit Financial Services, Inc. dba GM Financ,     P.O. Box 99605,
               Arlington, TX 76096-9605
cr            +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Chase Records Ctr. Attn: Corr. Mail,
               Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13488054     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: Americredit Financial Services, Inc.,    PO Box 183853,
               Arlington TX 76096)
13480069       Advance Me Today,    P.O. Box 1823,    Pauls Avenue,    Kingstown, St. Vincent 1823
13480070      +Advancemetoday.com,    P.O. Box 1124-1007,    New York, NY 10102-0001
13480073       Atlantic Broadband,    120 Southmont Boulevard,    Johnstown, PA 15905-4291
13480077     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    c/o TSYS Total Debt Management,    P.O. Box 5155,
               Norcross, GA 30091)
13554571      +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13480079       Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
13480080      +Chase Manhattan Mortgage,    Attn; Bankruptcy Dept.,     3415 Vision Dr. Mail Code: Oh4-7133,
               Columbus, OH 43219-6009
13480081      +Citi Card,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
13480082      +Credit Collections, USA,    16 Distributor Drive--Suite 1,    Morgantown, WV 26501-0121
13480083       Credit Protection Association,    P.O. Box 802068,    Dallas, TX 75380-2068
13480088      +FNB Consumer Discount Company,    45 West Main Street,    P.O. Box 2045,
               Uniontown, PA 15401-1645
13495331      +FNB Consumer Discount Company/Reese's,    45 West Main Street,    P.O. Box 2045,
               Uniontown, PA 15401-1645
13480084       Fashion Bug,    WFNNB Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
13480085      +Fayette Anesthesia Providers,    P.O. Box 464,    Rutherford, NJ 07070-0471
13480086     #+First National Collection Bureau, Inc.,    610 Waltham Way,    Sparks, NV 89434-6695
13480087       First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
13480089      +GM Financial,    Bankruptcy Department,    P.O. Box 183853,    Arlington, TX 76096-3853
13480092      +HSBC Card Services,    Attn: Bankruptcy,    P.O. Box 5213,    Carol Stream, IL 60197-5213
13485047      +Harley-Davidson Credit Corp.,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
13480091       Hollywood Entertainment Corporation,    P.O. Box 6789,    Wilsonville, OR 97070
13523954      +JPMorgan Chase,    c/o Jamie Dimon, CEO,    270 Park Ave,    New York, NY 10017-2014
13551016      +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009
13480106      +Justin J. Sheba, D.O.,    150 Wayland Smith Drive--Suite A,    Uniontown, PA 15401-2677
13480094      +Kaiser Dental,    102 Bute Road,    Uniontown, PA 15401-5544
13480095      +Kay Jewelers,    P.O. Box 3680,    Akron, OH 44309-3680
13480096       Lane Bryant,    WFNNB Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
13480097      +Laurel Highlands SD c/o SWRTB,    One Centennial Way,    Scottdale, PA 15683-1741
13480100      +Morgantown Endodontics,    2401 Cranberry Square,    Morgantown, WV 26508-9209
13480102       Orchard Bank,    HSBC Card Services,    P.O. Box 81622,    Salinas, CA 93912-1622
13480103       Palisades Acquisition, LLC,    P.O. Box 105507,    Atlanta, GA 30348-5507
13480104       Penn Credit Corporation,    916 S 14th Place,    P.O. Box 988,    Harrisburg, PA 17108-0988
13480111       STAT MedEvac,    P.O. Box 223016,    Pittsburgh, PA 15251-2016
13480107       Smith Chiropractic Clinic,    645 Morgantown Street,    Uniontown, PA 15401
13480108      +South Union Township c/o SWRTB,    One Centennial Way,    Scottdale, PA 15683-1741
13495332      +Sterling Jewelers, Inc.,    d/b/a Kay Jewelers,    P.O. Box 93784,    Cleveland, OH 44101-5784
13480112      +Target National Bank,    c/o Target Credit Services,    P.O. Box 1581,
               Minneapolis, MN 55440-1581
13594264       US Department of Education,    P O Box 16448,    Saint Paul MN 55116-0448
13480116       US Department of Education,    P.O. Box 5609,    Greenville, TX 75403-5609
13480113       Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
13480114     #+United Cash Loans,    3531 P Street NW,    P.O. Box 111,    Miami, OK 74355-0111
13480117      +Verizon,   Attn: Bankruptcy,    3900 Washington Street,    Wilmington, DE 19802-2125
13480118       Verizon Wireless Bankruptcy Admin.,    P.O. Box 3397,    Bloomington, IL 61702-3397
13480119      +West Bay Acquisitions, LLC,    P.O. Box 8009,    Cranston, RI 02920-0009
13586825       eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Feb 06 2018 01:57:14
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL 33131-1605
13480071      +E-mail/Text: EBNProcessing@afni.com Feb 06 2018 02:02:07      AFNI,    Attn: Bankruptcy,
               P.O. Box 3097,    Bloomington, IL 61702-3097
13480072       E-mail/Text: ally@ebn.phinsolutions.com Feb 06 2018 02:01:36       Ally Financial,
               P.O. Box 130424,    Roseville, MN 55113-0004
13499008      +E-mail/Text: ally@ebn.phinsolutions.com Feb 06 2018 02:01:36       Ally Financial,
               c/o Ally Servicing LLC,    P.O. Box 130424,    Roseville, MN 55113-0004
13480074      +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 01:57:31      Belk/GEMB,    P.O. Box 960012,
               Orlando, FL 32896-0012
13480078      +E-mail/Text: bankruptcynotices@cbecompanies.com Feb 06 2018 02:02:14       CBE Group, Inc.,
               1309 Technology Parkway,    Cedar Falls, IA 50613-6976
```

```
District/off: 0315-2                  User: amaz                    Page 2 of 3                    Date Rcvd: Feb 05, 2018
                                      Form ID: pdf900               Total Noticed: 78


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13551181         +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 06 2018 02:02:11
                  COLLECTO US ASSET MANAGEMNT, INC.,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
                  SAINT CLOUD MN 56302-7999
13480075         +E-mail/Text: bankruptcy@cavps.com Feb 06 2018 02:02:13      Calvary Portfolio Services,
                  Attention:   Bankruptcy Department,    500 Summit Lake Drive,    Valhalla, NY 10595-1340
13480076         +E-mail/Text: cms-bk@cms-collect.com Feb 06 2018 02:01:44      Capital Management Services, LP,
                  700 Executive Center Drive, Suite 300,    Greenville, SC 29615-4555
13480090          E-mail/Text: bankruptcy.notices@hdfsi.com Feb 06 2018 02:02:22
                  Harley-Davidson Financial Services,    P.O. Box 22048,    Carson City, NV 89721-2048
13516925          E-mail/Text: bknotice@crgofusa.com Feb 06 2018 02:02:16
                  InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,   PO BOX 123203,
                  DALLAS, TX 75312-3203
13480093          E-mail/Text: cio.bncmail@irs.gov Feb 06 2018 02:01:43      Internal Revenue Service,
                  P.O. Box 7346,    Philadelphia, PA 19101-7346
13516594          E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 06 2018 02:02:11      Jefferson Capital Systems LLC,
                  PO BOX 7999,    SAINT CLOUD MN 56302-9617
13480098         +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2018 02:05:22     LVNV Funding,
                  P.O. Box 740281,    Houston, TX 77274-0281
13561332          E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2018 02:05:29
                  LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                  Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13480099         +E-mail/Text: bankruptcydpt@mcmcg.com Feb 06 2018 02:02:00      Midland Funding,
                  8875 Aero Drive--Suite 200,    San Diego, CA 92123-2255
13480101         +E-mail/Text: egssupportservices@alorica.com Feb 06 2018 02:02:08
                  NCO Financial Systems, Inc.,    P.O. Box 17218,    Department 64,    Wilmington, DE 19850-7218
14658281          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2018 02:17:26
                  Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
13551485          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2018 02:05:33
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13624116         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2018 02:17:37
                  PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13529430          E-mail/Text: ebn@vativrecovery.com Feb 06 2018 02:01:44      Palisades Acquisition IX  LLC,
                  Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX LL,
                  PO Box 40728,    Houston, TX  77240-0728
13533366         +E-mail/Text: csidl@sbcglobal.net Feb 06 2018 02:02:16      Premier Bankcard/Charter,
                  P.O. Box 2208,    Vacaville, CA 95696-8208
13510525          E-mail/Text: bnc-quantum@quantum3group.com Feb 06 2018 02:01:48
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13486213          E-mail/PDF: rmscedi@recoverycorp.com Feb 06 2018 01:57:24
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13480109          E-mail/PDF: cbp@onemainfinancial.com Feb 06 2018 01:57:30      Springleaf Financial Services,
                  219 Walmart Drive--Suite C,    Uniontown, PA 15401-8423
13480110          E-mail/Text: appebnmailbox@sprint.com Feb 06 2018 02:01:59      Sprint,    P.O. Box 105243,
                  Atlanta, GA 30348-5243
13493445         +E-mail/Text: BKRMailOps@weltman.com Feb 06 2018 02:02:06      Sterling Inc. dba Kay Jewelers,
                  c/o Weltman, Weinberg & Reis, Co., LPA,    P.O. Box 93784,    Cleveland, OH 44101-5784
13495333         +E-mail/Text: BKRMailOPS@weltman.com Feb 06 2018 02:01:45      Sterling Jewelers, Inc.,
                  d/b/a Kay Jewelers,    Weltman, Weinberg & Reis,    323 West Lakeside Avenue--Suite 200,
                  Cleveland, OH 44113-1085
13519856         +E-mail/Text: bncmail@w-legal.com Feb 06 2018 02:02:07      TARGET NATIONAL BANK,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13480115         +E-mail/Text: BankruptcyNotice@upmc.edu Feb 06 2018 02:02:22      UPMC Physician Services,
                  1650 Metropolitan Street,    Third Floor--Customer Service,    Pittsburgh, PA 15233-2213
                                                                                               TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley-Davidson Credit Corp
cr              Sterling Jewelers Inc., dba Kay Jewelers
cr*            ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: AmeriCredit Financial Services, Inc.,    PO Box 183853,
                Arlington, TX  76096)
cr*             +PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr*             +PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13495330*      ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services, Inc.,    d/b/a GM Financial,
                P.O. Box 183853,    Arlington, TX  76096)
13480105        ##+Redstone Rehabilitation Group,    113 Thornton Road,    Brownsville, PA 15417-9607
                                                                                               TOTALS: 2, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2         User: amaz              Page 3 of 3              Date Rcvd: Feb 05, 2018
                             Form ID: pdf900         Total Noticed: 78
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2018 at the address(es) listed below:

      Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
       agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Ann E. Swartz    on behalf of Creditor    Harley-Davidson Credit Corp ecfmail@mwc-law.com
      Daniel R. White    on behalf of Joint Debtor Cristi L. Spiker dwhite@zeblaw.com,
       gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
      Daniel R. White    on behalf of Debtor Jeffrey L. Spiker dwhite@zeblaw.com,
       gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
      James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
       bkgroup@kmllawgroup.com
      James P. Valecko    on behalf of Creditor    Sterling Jewelers Inc., dba Kay Jewelers
       jvalecko@weltman.com, jbluemle@weltman.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      William E. Craig    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial
       ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigcf@gmail.com

      TOTAL: 9